UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TORRY OSBY, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:23-CV-0710-X |
| FRANCISCO CASTILLO, et al., | § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

In accordance with the parties' joint motion to dismiss, [Doc. 25], the Court **ORDERS** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own fees and costs.

**IT IS SO ORDERED** this 18th of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE